MUTUAL TRUST COMPANY v. THE MERCHANTS NATIONAL BANK OF THE CITY OF NEW YORK and Another.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

LeRoy RUEHL, an Infant, etc., v. LOUIS M. KARDOS, JR.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

JOSEPH M. GOTTESMAN v. H. SUSSMAN, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUS KATZ v. GEORGE P. RICHTER and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of the Application of JOB E. HEDGES, as Receiver, etc., for a Certiorari Order Directed to GEORGE McANENY, as Chairman, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

ELSIE HAMMOND v. THE TRAVELERS INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

G. B. BEAUMONT COMPANY and Another v. CHARLES H. DARMSTADT, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MARKS ARNHEIM, INC., v. SIDNEY HILLMAN, Individually and as General President, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MARKS ARNHEIM, INC., v. SIDNEY HILLMAN, Individually and as General President, etc., and Others.— Motion denied and stay vacated. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MAX LISSBERGER and Others v. CAROLINE HAYMAN and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

CHARLES H. BAXTER v. ETHEL CLARKE BAXTER.— Motion denied. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HENRY FOLLETT, as Administrator, etc., v. ARCH B. BEITH and Another.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

DANIEL WIENER v. EDWARD I. GOODRICH and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

BERTHA J. DOANE v. BENJAMIN HOROWITZ, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HERBERT COX v. LYKES BROTHERS, Defendant, Impleaded with UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Respondent.— Motion granted. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

PATRICK A. GAYNOR, as Committee of the Person and Property of WALTER J. SHERIDAN, an Incompetent, v. FERDINAND HECHT, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

JENNIE BELL GARDNER, as Executrix, etc., v. ADOLPH SPEAR & COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

NATHANIEL TONKIN v. CARLTON-SUMMERFIELD ESTATES, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.